AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| NELSON FERNANDEZ<br>*Plaintiff(s)*<br>v.<br>THE WALKING COMPANY,<br>a foreign for-profit corporation<br>*Defendant(s)* | ))))))))))))) | Civil Action No.  9:20-cv-80469-KAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THE WALKING COMPANY
By Serving Its Registered Agent:
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL  32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RODERICK V. HANNAH, ESQ.
8751 WEST BROWARD BOULEVARD
SUITE 303
PLANTATION FL  33324
Telephone:  (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  03/23/2020

Angela E. Noble
Clerk of Court

*s/ C.Davis*
Deputy Clerk
U.S. District Courts