# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NELSON FERNANDEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 9:20-cv-80469 |
| THE WALKING COMPANY, a foreign for-profit corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, THE WALKING COMPANY, ("Defendant") respectfully moves for a brief extension of time up to and including May 22, 2020, to answer, move, or otherwise respond to Plaintiff's Complaint, and state the following in support:

1. Plaintiff filed the Complaint on March 23, 2020 and served Defendant with the Summons and Complaint on April 1, 2020 (Doc 3). Accordingly, Defendant is due to respond to the Complaint on or before April 22, 2020.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendant's counsel is in the process of intaking and reviewing Defendant's files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response(s) to the Complaint on behalf of the Defendant, counsel for Defendant requests a brief extension of

time, up to and including May 22, 2020, to respond to Plaintiff's Complaint. Furthermore, counsel for the parties are engaging in early discussions to determine if amicable resolution is possible.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

WHEREFORE, Defendant respectfully request an extension of time up to and including May 22, 2020, to answer, move or otherwise respond to Plaintiff's Complaint.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 21st day of April, 2020.

        Respectfully submitted,
        Spire Law, LLC
        12249 Science Drive, Suite 155
        Orlando, Florida 32826

        By: /s/Heather M. Meglino
            Heather M. Meglino, Esq.
            Florida Bar No. 91857
            heather@spirelawfirm.com
            brook@spirelawfirm.com

        Attorney for Defendant | The Walking Company

## CERTIFICATE OF SERVICE

I hereby Certify that on this 21st day of April, 2020, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Pelayo M. Duran, Esq. at duranandassociates@gmail.com at 4640 N.W. 7th Street, Miami, FL 33126-2309 and Roderick Victor Hannah, Esq. at rhannah@rhannahlaw.com at 8751 W. Broward Blvd., Suite 303, Plantation, FL 33324.

        /s/ Heather M. Meglino
        Heather M. Meglino, Esq.