## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH

| | |
|---|---|
| NELSON FERNANDEZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WALKING COMPANY, a foreign for- )<br>profit corporation )<br>)<br>Defendant. )<br>) | Case No. 9:20-cv-80469 |

## <u>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME</u>

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to answer, move, or otherwise respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint by May 22, 2020.

**DONE AND ORDERED** this ___ day of April, 2020, in Chambers of the United States District Court for the Southern District of Florida, West Palm Beach Division.

_____

United States District Judge

cc: Counsel of Record