UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80469-CIV-MARRA

**NELSON FERNANDEZ**,

 Plaintiff,

vs.

**THE WALKING COMPANY,**
**a foreign for-profit corporation,**

 Defendant.

_____/

**<u>NOTICE OF COMPLIANCE WITH ORDER REQUIRING COUNSEL TO CONFER,</u>**
**<u>FILE JOINT SCHEDULING REPORT AND FILE JOINT DISCOVERY REPORT</u>**

 Plaintiff NELSON FERNANDEZ, through undersigned counsel and in compliance with this Court's Order Requiring Counsel to Confer, File Joint Scheduling Report and File Joint Discovery Report dated March 23, 2020 [D.E. 4], by filing this Notice and serving the aforesaid Order attached as Exhibit A.

     RODERICK V. HANNAH, ESQ., P.A.
     Attorneys for Plaintiff
     8751 West Broward Boulevard, Suite 303
     Plantation, Florida 33324
     Telephone:  (954) 362-3800
     Facsimile:   (954) 362-3779
     Email:  rhannah@rhannahlaw.com

     By   /s/ *Roderick V. Hannah*
      Roderick V. Hannah
      Fla. Bar No. 435384

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of April, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:


Heather Meglino, Esq.
SPIRE LAW FIRM
12249 Science Drive, Suite 155
Orlando, FL  32826
(407) 494-0135
heather@spirelawfirm.com


*Attorneys for Defendant*
*THE WALKING COMPANY*

/s/ *Roderick V. Hannah*
Roderick V. Hannah