# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NELSON FERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 9:20-cv-80469<br>THE WALKING COMPANY, a foreign for- )<br>profit corporation )<br>)<br>Defendant. )<br>) | |

## SPIRE LAW'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, THE WALKING COMPANY

Heather M. Meglino, Esquire and Spire Law LLC (Collectively "Spire Law") pursuant to Rule 7.1, Local Rules of the U.S. District Court, Southern District of Florida, hereby move the Court for an Order allowing them to withdraw as counsel of record for Defendant, The Walking Company ("Defendant"), and as grounds therefor state as follows:

1. Defendant retained Spire Law to defend their interests in this matter.

2. Defendant has requested that Spire Law withdraw from representation in this matter.

3. Defendant has no objection to this motion and Spire Law is in agreement to terminate representation.

4. An answer has not been filed in this matter and is due to be filed today on June 22, 2020.

5. Spire Law requests that Defendant be given thirty (30) days to retain new counsel, file a response at that time if it chooses, and that all proceedings be stayed during that period of time.

6. The undersigned certifies that the requested enlargement of time is not being sought for purposes of delay or for any other improper purpose. Further, the granting of this motion will not result in any prejudice to Plaintiff as this matter is still in its very early stages.

7. Spire Law is providing a copy of this motion to Defendant by email as follows:

Julie Saltoun
Assistant General Counsel
The Walking Company
25 W. Anapamu St.
Santa Barbara, CA 93101
Fax (805) 962-9460
JulieS@thewalkingcompany.com

WHEREFORE, Heather M. Meglino, Esq. and Spire Law, respectfully request that this Court enter an Order granting Spire Law's Motion to Withdraw as Counsel of Record for Defendant, The Walking Company, that Spire Law be relieved of any further responsibilities and obligations in connection with this matter, that Defendant be permitted thirty (30) days to retain new Florida counsel and file a response to the Complaint, as set forth in the proposed Order attached hereto as Exhibit "A." and for such additional relief as the Court deems just and proper.

Dated: June 22, 2020

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 22nd day of June, 2020.

                Respectfully submitted,
                Spire Law, LLC
                12249 Science Drive, Suite 155
                Orlando, Florida 32826

                By: /s/Heather M. Meglino
                    Heather M. Meglino, Esq.
                    Florida Bar No. 91857
                    heather@spirelawfirm.com
                    brook@spirelawfirm.com

                Attorney for Defendant | The Walking Company

## CERTIFICATE OF SERVICE

I hereby Certify that on this 22nd day of June, 2020. the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Pelayo M. Duran, Esq. at duranandassociates@gmail.com at 4640 N.W. 7th Street, Miami, FL 33126-2309 and Roderick Victor Hannah, Esq. at rhannah@rhannahlaw.com at 8751 W. Broward Blvd., Suite 303, Plantation, FL 33324.

                /s/ Heather M. Meglino
                Heather M. Meglino, Esq.

# **EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NELSON FERNANDEZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WALKING COMPANY, a foreign for-profit corporation )<br>)<br>Defendant. )<br>) | Case No. 9:20-cv-80469 |

## ORDER ON SPIRE LAW'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, THE WALKING COMPANY

THIS MATTER came before the Court on Spire Law's Motion to Withdraw As Counsel of Record for Defendant, The Walking Company ("Defendant"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Spire Law's Motion to Withdraw as Counsel of Record for Defendant is hereby GRANTED.

2. Heather M. Meglino, Esq. and Spire Law are hereby relieved of any further obligations in connection with this matter.

3. All further pleadings and correspondence directed to Defendant shall be sent to Julie Saltoun, Julie Saltoun, Assistant General Counsel, The Walking Company, 25 W. Anapamu St. Santa Barbara, CA 93101, Fax (805) 962-9460, JulieS@thewalkingcompany.com.

4. Defendant be given a thirty (30) day extension of time to file a response to the Complaint in this matter.

5. Defendant must be represented by counsel admitted in Florida in all proceedings in this matter and is directed to retain such counsel within thirty (30) days of this Order.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida on this _____ day of _____, 2020.

_____
KENNETH A. MARRA
DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF portal.