UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80469

NELSON FERNANDEZ

    Plaintiff,

v.

THE WALKING COMPANY, a foreign
for-profit corporation

    Defendant.
_____/

**ORDER**

THIS Cause is before the Court on Spire Law's Motion to Withdraw As Counsel of Record for Defendant, The Walking Company ("Defendant"), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Spire Law's Motion to Withdraw as Counsel of Record for Defendant is hereby GRANTED.

2. Heather M. Meglino, Esq. and Spire Law are hereby relieved of any further obligations in connection with this matter.

3. All further pleadings and correspondence directed to Defendant shall be sent to Julie Saltoun, Julie Saltoun, Assistant General Counsel, The Walking Company, 25 W. Anapamu St. Santa Barbara, CA 93101, Fax (805) 962-9460, JulieS@thewalkingcompany.com.

4. Defendant shall be given a thirty (30) day extension of time to file a response to the Complaint in this matter.

5. Defendant shall have thirty (30) days from the date of this Order to retain new counsel. Defendant is cautioned that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, the artificial-entity Defendant cannot defend this action until it is represented by counsel.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of June, 2020.

KENNETH A. MARRA
United States District Judge