UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80469-CIV-MARRA

**NELSON FERNANDEZ,**

    **Plaintiff,**

vs.

**THE WALKING CO.,**

    **Defendant.**
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [DE 19], which pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case with prejudice upon filing.

It is accordingly **ORDERED AND ADJUDGED**:

As this case has now effectively been dismissed by voluntary notice of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.** Pursuant to the parties' stipulation, each party shall bear its own

costs and attorneys' fees.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 8th day of October 2020.

KENNETH A. MARRA
United States District Judge

cc. All counsel